B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

_____ District Of  New Jersey_____

In re  Ted Ihde_____,    Case No.  15-33321-JKS____

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Wilmington Savings Fund Society FSB as trustee for
_Stanwich Mortgage Loan Trust A_____       _CitiMortgage, Inc._____
         Name of Transferee                                        Name of Transferor

Name and Address where notices to transferee           Court Claim # (if known):  4-1
should be sent:                                        Amount of Claim: $ 58,935.95
 Carrington Mortgage Services, LLC                     Date Claim Filed:  April 15, 2016
 1600 South Douglass Road
 Anaheim, CA 92806

Phone:  800-561-4567_____                     Phone:  (866) 613-5636_____
Last Four Digits of Acct #:  5777_____            Last Four Digits of Acct. #:  3865_____

Name and Address where transferee payments
should be sent (if different from above):
 Carrington Mortgage Services, LLC
 P.O. Box 3730
 Anaheim, CA 92806

Phone:  800-561-4567_____
Last Four Digits of Acct #:  5777_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____*Melissa J. Vermillion*_____       Date: January 4, 2017_____
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Marine Gaboyan, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On 01/05/2017, I served the within Transfer of Claim Other Than for Security and Notice of Transfer of Claim Other Than for Security on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Ted Ihde
106 Kenilworth Road
Mountain Lakes, NJ 07046
Debtor

Joan Sirkis Warren, Esquire
Lavery & Sirkis
699 Washington Street
Suite 103
Hackettstown, NJ 07840
Attorney for Debtor

Marie-Ann Greenberg
30 Two Bridges Rd, Suite 330
Fairfield, NJ 07004
Chapter 13 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 01/05/2017 at Woodland Hills, California.

/s/ Marine Gaboyan

B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

_____ District Of  New Jersey_____

In re  Ted Ihde_____,    Case No.  15-33321-JKS\_\_\_\_\_

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 4-1\_\_\_ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

Name of Alleged Transferor
 CitiMortgage, Inc.

Name of Transferee
 Wilmington Savings Fund Society FSB
 as trustee for Stanwich Mortgage Loan
 Trust A

Address of Alleged Transferor:
 P.O. Box 6030
 Sioux Falls, South Dakota
 57117-6030

Address of Transferee:
 Carrington Mortgage Services, LLC
 1600 South Douglass Road
 Anaheim, CA 92806

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                              _____
                                                                                        **CLERK OF THE COURT**