Lavery & Sirkis, ESQUIRES
Joan Sirkis Warren, Esq.
699 Washington Street
Suite 103
Hackettstown, NJ 07840
(908)850-6161
Attorney for the Debtor, Ted Ihde
ID# JW4841

| | |
|---|---|
| IN RE: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| Ted Ihde, | CHAPTER 13 CASE NO. 15-33321/JKS |
| Debtor | NOTICE OF VOLUNTARY CONVERSION TO CHAPTER 7 |

I, Ted Ihde, of full age, do hereby certify and say as follows:

1. I am the debtor in the above-captioned matter and as such am fully familiar with the facts and circumstances therein.

2. I originally filed the within Chapter 13 petition with the intention of trying to save my homes.

3. I no longer am able to save all of my properties.

4. Consequently, I would like to convert our case to a Chapter 7.

5. This case has not been previously converted.

I certify that the foregoing statements made by are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated:    09/12/18

/s/ Ted Ihde
Ted Ihde